IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**SETH MURDOCK,**

    Petitioner,

v.                                                                                   Civil Action No. 3:06-cv-105
                                                                                   (BAILEY)

**DOMINIC A. GUTIERREZ,**

    Respondent.

## ORDER

On this day, the above-styled civil action came before the Court for consideration of Petitioner's Emergency Motion To Compel Respondent To Comply With Court Ruling [Doc. 29]. In his motion, the petitioner seeks enforcement of the Court's July 24, 2007, Order Adopting Report and Recommendations [Doc. 27]. In that Order, the Court granted relief to the petitioner to the extent that the BOP was ordered to consider the petitioner for placement in an RRC facility for the remainder of his sentence. Since that Order was entered, the petitioner has been placed in the Renaissance CSC, a halfway house. Accordingly, because the petitioner has been released to an RRC facility per the Court's Order, the petitioner's emergency motion to compel [Doc. 29] should be, and is, hereby **DENIED as moot**.

It is so **ORDERED**.

The Clerk is directed to mail copies of this Order to the *pro se* petitioner, the Bureau of Prisons, and to all counsel of record herein.

**DATED:** August 9, 2007.

/s/ John Preston Bailey
JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE